IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**REGINA GORDON,**

    **Plaintiff,**

v.                                                        Civil Action No. 3:16cv583

**CITY OF EMPORIA,** *et al.,*

    **Defendants.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on December 18, 2017. (ECF No. 12.) The time to file objections has expired and no party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

    (1)    The Report and Recommendation, (ECF No. 12), is ADOPTED as the opinion of this Court; and,

    (2)    Defendants City of Emporia, *et al.*'s Motion to Dismiss is GRANTED, (ECF No. 7), and Plaintiff Regina Gordon's Amended Complaint, (ECF No. 3), is DISMISSED WITH PREJUDICE.

To the extent Gordon believes that she has grounds to appeal this decision, written notice of appeal must be filed with the Clerk of Court within thirty (30) days of the entry of this Order,[1] which is February 8, 2018. Failure to file an appeal within that period may result in the loss of the right to appeal.

---

[1] *See* Fed. R. App. P. 4(a)(1)(A).

Let the Clerk send a copy of this Order to all counsel of record and Gordon at her address of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 1/9/18
Richmond, Virginia